IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 1 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00294-BNB

EDDIE ZAMORA,
BARBARA ZAMORA,

    Plaintiffs,

v.

COMISSIONER [sic] OF SOCIAL SECURITY,

    Defendant.

## ORDER OF DISMISSAL

Plaintiffs, Eddie Zamora and Barbara Zamora, submitted a complaint that only Barbara Zamora signed. Plaintiff Barbara Zamora also submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that only she signed. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient.

Therefore, on February 12, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed only Barbara Zamora to cure a deficiency in the case. Magistrate Judge Boland informed Barbara Zamora that she lacked standing to represent her minor son, Plaintiff Eddie Zamora, age 12, in this action. *See Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) (per curiam). He also informed Barbara Zamora that, under Fed. R. Civ. P. 17(c) and 28 U.S.C. § 1654 (1994), Eddie Zamora, a minor child, "cannot bring suit through a parent acting as next friend if the parent is not represented by an attorney." *Id.*; *accord Osei-Afriyie ex rel.*

*Osei-Afriyie v. Medical College of Pa.*, 937 F.2d 876, 882-83 (3d Cir. 1991); *Cheung v. Youth Orchestra Found. of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990). Lastly, Magistrate Judge Boland pointed out that, because Barbara Zamora is not represented by an attorney, she may not represent her minor son, Eddie, in this action, and Eddie was dismissed as a party to this action.

The February 12, 2009, order specifically directed Barbara Zamora to filed within thirty days an amended complaint that only listed her as Plaintiff and that only she signed. The order warned Barbara Zamora that if she failed to cure the designated deficiency within the time allowed, the complaint would be dismissed without prejudice and without further notice. Barbara Zamora has failed, within the time allowed, to cure the designed deficiency or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this ___1___ day of ___April___, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00294-BNB

Eddie Zamora
Barbara Zamora
112 N. Cora Ave.
Milliken, CO 80543

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/1/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk